UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

BRIAN THOMAS LAMBERT,

    Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant.

No. 1:24-CV-159-H-BJ

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the ALJ erred and that the Commissioner's decision be remanded. Dkt. No. 26. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The Commissioner's decision is remanded for further administrative proceedings consistent with the FCR.

So ordered on ~~July~~ August 1, 2025.

                                                JAMES WESLEY HENDRIX
                                                UNITED STATES DISTRICT JUDGE