UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

BRIAN THOMAS LAMBERT,

    Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

    Defendant.

No. 1:24-CV-159-H

## ORDER

United States Magistrate Judge Jeffrey L. Cureton made Findings, Conclusions, and a Recommendation (FCR) regarding Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act on December 8, 2025. *See* Dkt. No. 31. Judge Cureton recommended that the Court grant the Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (Dkt. No. 28). Dkt. No. 31 at 2. He further recommended "that full or partial remittance of the awarded attorney fees be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government" and "[i]f such a debt(s) exists, the Government will reduce the awarded attorney fees . . . to the extent necessary to satisfy such debt(s)." *Id.*

Where no specific objections are filed within 14 days after a party is served with a copy, the Court must review the Magistrate Judge's findings, conclusions, and recommendation only for plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). Neither party filed an objection within the 14-day period.

The Court has examined the record and reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR (Dkt. No. 31). Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (Dkt. No. 28) is granted, and the Court awards Plaintiff $13,556.45 in attorneys' fees and $405.00 in filing fees. The award is contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt to the Government and if such a debt exists, the Government will reduce the awarded attorney fees to the extent necessary to satisfy such debt.

So ordered on December 29, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE